CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

2/9/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

KENNETH EARL RUDOLPH,

                      *Plaintiff*,

    v.

LYNCHBURG CITY POLICE OFFICER
KIMBERLY J. BROWN,

                      *Defendant.*

CASE NO. 6:25-CV-00031

ORDER

JUDGE NORMAN K. MOON

    *Pro se* Plaintiff, Kenneth Rudolph moves the Court to "remove any and all testimony, forms, or filings" of Defendant's and "rule in favor of the Plaintiff" because "[w]e believe there's no evidence that the defendant, nor defendant's Council, has taken the oath required by the law." Dkt. 16 at 3. Because this is not a cognizable motion, nor has Plaintiff offered any evidence to support this motion, it is **DENIED.** Dkt. 16.

    The Clerk is directed to provide a copy of this Order to Plaintiff and to all counsel of record.

    It is so **ORDERED.**

    Entered this 9th day of February, 2026.

                                                               NORMAN K. MOON
                                                               SENIOR UNITED STATES DISTRICT JUDGE