CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

2/9/2026

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

KENNETH EARL RUDOLPH,

                *Plaintiff*,

v.

LYNCHBURG CITY POLICE OFFICER
KIMBERLY J. BROWN,

                *Defendant*.

CASE NO. 6:25-CV-00031

ORDER

JUDGE NORMAN K. MOON

    For the reasons stated in the contemporaneously filed Memorandum Opinion, Officer Kimberly Brown's Motion to Dismiss (Dkt. 8) is **GRANTED.** Plaintiff's Complaint is dismissed without prejudice.

    The Clerk is directed to provide a copy of this Order to Plaintiff and to all counsel of record.

    It is so **ORDERED.**

    Entered this 9th day of February, 2026.

                                           NORMAN K. MOON
                                           SENIOR UNITED STATES DISTRICT JUDGE